

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00560-CV

Jermar D. **FLUCKERS**,
Appellant

v.

**SILVER RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2015CV03295
Honorable Jason Wolff, Judge Presiding

# O R D E R

To date, Appellant Jermar D. Fluckers has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.



Keith E. Hottle
Clerk of Court